DOCUMENT
ELECTRONICALLY FILED
SEP 2 0 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| -v.- | : | 07 Cr. |
| BOLIVAR RAMIREZ-TIBURCIO, a/k/a "Angel Munoz," a/k/a "Bolivar Ramirez-Tiburci," Defendant. | : | 07 CRIM. 895 |

- - - - - - - - - - - - - - - - - -X

Judge McMahon

COUNT ONE

The Grand Jury charges:

From at least on or about March 5, 2007, up to and including on or about March 6, 2007, in the Southern District of New York and elsewhere, BOLIVAR RAMIREZ-TIBURCIO, a/k/a "Angel Munoz," a/k/a "Bolivar Ramirez-Tiburci," the defendant, being an alien who previously had been excluded, deported, and removed from the United States, unlawfully, willfully, and knowingly did enter, and was found in, the United States, after having been deported from the United States subsequent to a conviction for the commission of a felony, to wit, a conviction on or about June 26, 2003 in New York Supreme Court, Bronx County, for Criminal Possession of a Controlled Substance in the third degree, in violation of New York Penal Law 220.16, without having obtained the express consent of the Attorney General of the United States or his successor, the

Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Section 1326(a) and (b)(1).)

_Deputy_ FOREPERSON

MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

BOLIVAR RAMIREZ-TIBURCIO,
a/k/a "Angel Munoz,"
a/k/a "Bolivar Ramirez-Tiburci,

Defendant.

---

**INDICTMENT**

07 Cr.

(8 U.S.C. § 1326(a) and (b)(1))


MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Deputy Foreperson.

---

9/20/07 filed Indictment. A/W issued.
Case assigned to Judge McMahon.
s/ Maj. J. Katz