

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

```
┌─────────────────────────┐
│ USDS SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____  │
│ DATE FILED: 11/20/07    │
└─────────────────────────┘
```

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 19, 2007

**VIA FAX**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

11/20/07 [signature]

    Re:  United States v. Bolivar Ramirez-Tiburcio
         07 Cr. 895 (CM)

Dear Judge McMahon:

    I write to respectfully confirm that the conference in the above matter previously scheduled for November 20, 2007 at 9:30 a.m. has been rescheduled to December 11, 2007 at 9:30 a.m. I have spoken to defense counsel and both parties are available on December 11, 2007 at 9:30 a.m.

    The Government respectfully requests that the Court exclude time from the date of this letter until December 11, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government time to collect and produce discovery to the defendant and the defense to review that discovery. Defense counsel consents to this request for the exclusion of time.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                            United States Attorney
                            Southern District of New York

             By: _____
                 Carrie H. Cohen
                 Assistant U.S. Attorney
                 (212) 637-2264

cc via fax: Jennifer L. Colyer, Esq., Attorney for Defendant